UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:11-cv-62025-RNS (Scola/Rosenbaum)

DANIEL LUGO,

    Plaintiff,

v.

1070 OCEAN VIEW AVENUE
ASSOCIATES, LLC,

    Defendant.
_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff and Defendant, by and through their respective undersigned counsel, hereby stipulate to the entry of an order dismissing this action WITH PREJUDICE on the grounds that the parties have reached a settlement. The parties request that the Court reserve jurisdiction to enforce the terms of their settlement agreement, a copy of which is attached hereto as Exhibit "A." Also attached is a proposed final order of dismissal with prejudice.

Respectfully submitted this 20th day of December, 2011.

| | |
|---|---|
| /s Drew M. Levitt[1] | /s Adam S. Chotiner |
| Drew M. Levitt, Esq. | Adam S. Chotiner, Esq. |
| Florida Bar No. 782246 | Florida Bar No. 0146315 |
| E-mail: dml2@bellsouth.net | E-mail: aschotiner@sbwlawfirm.com |
| 4700 NW Boca Raton Blvd. Ste. 302 | Shapiro, Blasi, Wasserman & Gora, PA |
| Boca Raton, Florida 33431 | 7777 Glades Road, Suite 400 |
| Telephone: (561) 994-6922 | Boca Raton, Florida 33434 |
| Facsimile: (561) 994-0837 | Telephone: (561) 477-7800 |
| Counsel for Plaintiff | Facsimile: (561) 477-7722 |
| | Counsel for Defendant |

---

[1] Drew M. Levitt has provided Adam S. Chotiner with express authority to file this joint stipulation.

## Certificate of Service

I hereby certify that on December 20, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF

/s Adam S. Chotiner
ADAM S. CHOTINER, ESQ.

## SERVICE LIST
Daniel Lugo v. 1070 Ocean View Avenue Associates, LLC
Case No. 0:11-cv-62025-KAM  (Marra/Johnson)
United States District Court, Southern District of Florida

Lee David Sarkin, Esq.
E-Mail:  lsarkin@aol.com
4700 NW Boca Raton Blvd.
Suite 302
Boca Raton, FL  33431
Telephone:  (561) 994-6922
Facsimile:   (561) 994-0837
Counsel for Plaintiff
*Via CM/ECF*

Adam S. Chotiner, Esq.
E-Mail:  aschotiner@sbwlawfirm.com
Shapiro, Blasi, Wasserman & Gora, P.A.
7777 Glades Road, Suite 400
Boca Raton, FL  33434
Telephone:  (561) 477-7800
Facsimile:   (561) 477-7722
Counsel for Defendant
*Via CM/ECF*

Drew M. Levitt, Esq.
E-Mail:  dml2@bellsouth.net
4700 NW Boca Raton Blvd.
Suite 302
Boca Raton, FL  33431
Telephone:  (561) 994-6922
Facsimile:   (561) 994-0837
Counsel for Plaintiff
*Via CM/ECF*