## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 11-62025-Civ-SCOLA

DANIEL LUGO,

     Plaintiff,

vs.

1070 OCEAN VIEW AVENUE ASSOCIATES, LLC,

     Defendant.

_____/

### ORDER OF DISMISSAL

THIS CASE has been dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Joint Stip. For Dismissal With Prejudice, ECF No. 17).  The Court reserves jurisdiction to enforce the parties' settlement agreement.  The Clerk shall **CLOSE** this case.  All pending motions, if any, are **DENIED** as moot.

**DONE and ORDERED** in chambers, at Miami, Florida, on December 21, 2011.

_____
**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT JUDGE**

Copies to:
*Counsel of record*